**De' Andre STARNES, Plaintiff-Appellant,**

v.

**Gilbarco VEEDER-ROOT, Defendant-Appellee.**

**No. 17-1411**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 24, 2017

Decided: August 4, 2017

De' Andre Starnes, Appellant Pro Se. James Marion Powell, WOMBLE CARLYLE SANDRIDGE & RICE, PLLC, Greensboro, North Carolina, for Appellee.

Before KING, AGEE, and THACKER, Circuit Judges.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

De' Andre Starnes appeals the district court's order granting summary judgment to his former employer. We have reviewed the record and find no reversible error. Accordingly, we grant Starnes' motion for leave to file an amended informal brief, deny the motion to appoint counsel, and affirm for the reasons stated by the district court. *Starnes v. Veeder-Root*, No. 1:15-cv-01002-WO-LPA, 2017 WL 913633 (M.D.N.C. Mar. 7, 2017). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*